JOSEPH P. WILUSZ *v.* HOWARD S. IVES,
HIGHWAY COMMISSIONER

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is denied.

*Frederick D. Neusner,* assistant attorney general, for the appellee (defendant).

*Joseph P. Wilusz,* pro se, the appellant (plaintiff).

Argued October 6—decided October 6, 1964

RALPH PRATER *v.* HENRY STEINHARDT ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Allan R. Johnson,* for the appellee (plaintiff).

*Raymond B. Rubens,* for the appellants (defendants).

Argued October 6—decided October 6, 1964

THE GRAND UNION COMPANY *v.* THE PARK AND SHOP MARKETS, INC., ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Thomas C. Gerety,* for the appellee (plaintiff).

*Edward F. Kunin,* for the appellants (defendants John M. Berkowitz and Morton Weiss, cotrustees).